

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS (168593)
DAVID C. WALTON (167268)
BRIAN O. O'MARA (229737)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
davew@rgrdlaw.com

CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP
FRANCIS A. BOTTINI (175783)
550 West C Street, Suite 2000
San Diego, CA 92101
Telephone: 619/241-4810
619/955-5318 (fax)
fbottini@cfsblaw.com

Attorneys for Plaintiff

Denied. No good cause shown. There appears to be no valid reason for delay. The case is a simple stock fraud case based on false statements. [signature] 7-5-12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ERICH BRACHT, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

DECKERS OUTDOOR CORPORATION, et al.,

Defendants.

No. 12-cv-04768-R(CWx)

CLASS ACTION

~~[PROPOSED]~~ ORDER DENYING Stipulation REGARDING RESPONSES TO COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

FILED
CLERK, U.S. DISTRICT COURT
JUL - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Pursuant to the stipulation of plaintiff Erich Bracht and defendants Deckers Outdoor Corp., Angel R. Martinez, Thomas A. George, and Zohar Ziv (collectively, "Defendants") and NO good cause having been shown, IT IS HEREBY ~~ORDERED THAT~~:

1. ~~Defendants shall not be required to, and shall not waive any~~ rights, arguments or defenses by failing to, answer, move, or otherwise respond to the complaint in this action until after Plaintiffs have filed a Consolidated Complaint.

2. The time for Plaintiffs to file a Consolidated Complaint will be 60 days after entry of an order appointing lead plaintiff pursuant to §21D(a)(3)(B), 15 U.S.C. §78u-4 of the Securities Exchange Act of 1934. The time for Defendants to answer, move or otherwise respond to the Consolidated Complaint will be 60 days from filing thereof. In the event Defendants file a motion to dismiss the Consolidated Complaint, Plaintiffs will have 60 days from filing of such motion in which to file papers in opposition. Defendants will have 30 days from the filing of Plaintiffs' opposition papers in which to file reply papers.

3. This Order is entered into without prejudice to any party seeking any interim relief and with a full reservation of all defenses.

~~IT IS SO ORDERED.~~ DENIED

DATED: ______________

THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: June 28, 2012

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
DAVID C. WALTON
BRIAN O. O'MARA

[signature]

BRIAN O. O'MARA



726906_1

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP
FRANCIS A. BOTTINI
550 West C Street, Suite 2000
San Diego, CA 92101
Telephone: 619/241-4810
619/955-5318 (fax)

Attorneys for Plaintiff

DATED: June 28, 2012

ORRICK, HERRINGTON & SUTCLIFFE LLP
WILLIAM F. ALDERMAN

William F. Alderman
WILLIAM F. ALDERMAN

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415/773-5700
415/773-5759 (fax)

Attorneys for Defendants