1  WILLIAM F. ALDERMAN (SBN 47381)
   walderman@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:  (415) 773-5700
   Facsimile:  (415) 773-5759
6
7  *Attorneys for Defendants*
   *Deckers Outdoor Corporation,*
   *Angel R. Martinez, Thomas A. George*
8  *and Zohar Ziv*

9                  UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11                      WESTERN DIVISION

12

13

| | |
|---|---|
| 14  ERICH BRACHT, Individually and on<br>Behalf of All Others Similarly Situated, | Case No.  12-cv-04768-R(CWx) |
| 15                  Plaintiff, | CLASS ACTION |
| 16          v. | **STIPULATION CONTINUING<br>DATE UPON WHICH<br>DEFENDANTS' RESPONSIVE<br>PLEADING IS DUE PENDING<br>APPOINTMENT OF LEAD<br>PLAINTIFF** |
| 17  DECKERS OUTDOOR CORPORATION,<br>et al., | |
| 18                  Defendants. | |
| 19 | |

20

21

22

23

24

25

26

27

28

1    **WHEREAS**, plaintiff Erich Bracht ("Plaintiff") commenced a securities class

2    action on May 31, 2012, alleging claims under the federal securities laws against

3    defendants Deckers Outdoor Corporation, Angel R. Martinez, Thomas A. George

4    and Zohar Ziv (collectively, "Defendants");

5    **WHEREAS**, the Private Securities Litigation Reform Act of 1995 (the

6    "Reform Act"), 15 U.S.C. § 78u-4, *et seq.*, establishes a mandatory procedure for

7    the selection of lead plaintiffs to oversee class actions brought under the federal

8    securities laws.

9    **WHEREAS**, § 27(a)(3)(A)(i) provides that within 20 days after the date on

10   which a securities fraud class action is filed, the initial plaintiff is required to

11   publish notice advising potential plaintiff class members of the pendency of the

12   action, the claims, the purported class period, and that any member of the class may

13   file a motion with the Court to serve as lead plaintiff no later than 60 days from the

14   publication of that original notice.  15 U.S.C. § 78u-4(a)(3)(A)(i).

15   **WHEREAS**, after publication of notice, § 21D(a)(3)(B)(i) directs this Court

16   to consider any motions brought by class members seeking to be appointed as lead

17   plaintiffs no later than 90 days after publication of the notice.  15 U.S.C. § 78u-

18   4(a)(3)(B)(i);

19   **WHEREAS**, pursuant to the Reform Act, Plaintiff published notice of the

20   filing of this action on June 1, 2012 advising all putative class members that they

21   have until July 31, 2012 to move for appointment as lead plaintiff and approval of

22   their selection of lead counsel;

23   **WHEREAS,** there has been no appointment of a lead plaintiff or lead counsel

24   in this action, and no Consolidated Complaint has been filed or an operative

25   complaint otherwise been designated;

26   **NOW, THEREFORE**, the parties, by and through their undersigned counsel

27   of record, in the interests of judicial economy, hereby agree and stipulate, and

28   respectfully request that the Court order as follows:

STIPULATION CONTINUING DATE UPON WHICH
DEFENDANTS' RESPONSIVE PLEADING IS DUE
PENDING APPOINTMENT OF LEAD PLAINTIFF

OHSUSA:750981170.1

1       1.    Defendants are not required to respond to the initial complaint in this

2   action or any action consolidated into this action until after the appointment of a

3   lead plaintiff and approval of lead counsel; and

4       2.    Within twenty (20) days after the appointment of a lead plaintiff,

5   counsel for Defendants and the lead plaintiff shall: (a) confer regarding a mutually

6   agreeable schedule and dates by which the lead plaintiff will file a Consolidated

7   Complaint (or designate a complaint as the operative complaint) and a briefing

8   schedule on Defendants' anticipated motion(s) to dismiss; and (b) file a stipulated

9   briefing schedule for approval by the Court.

10

11   Dated:    July 10, 2012        ORRICK, HERRINGTON & SUTCLIFFE LLP

12

13                                By:    /s/ *William F. Alderman*

14                                        William F. Alderman

15                                      *Attorneys for Defendants*

16   Dated:    July 10, 2012        ROBBINS GELLER RUDMAN & DOWD LLP

17

18                                By:    /s/ *Brian O. O'Mara*[1]

19                                      Brian O. O'Mara

20                                    *Attorneys for Plaintiff*

21

22

23

24

25

26

27   _____

[1]   Brian O. O'Mara has accepted the content of the document and authorized the

28   use of his electronic signature.

STIPULATION CONTINUING DATE UPON WHICH
DEFENDANTS' RESPONSIVE PLEADING IS DUE
PENDING APPOINTMENT OF LEAD PLAINTIFF

OHSUSA:750981170.1