1  WILLIAM F. ALDERMAN (SBN 47381)
   walderman@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
6
   *Attorneys for Defendants*
7  *Deckers Outdoor Corporation,*
   *Angel R. Martinez, Thomas A. George*
8  *and Zohar Ziv*

[Handwritten annotation: "Denied — no change in request calls for no change in proceedings 7-5-12 ? days. no change" signed 7-12-12]

[Stamp: FILED CLERK, U.S. DISTRICT COURT JUL 12 2012 CENTRAL D. OF CALIFORNIA BY ___ DEPUTY]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ERICH BRACHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DECKERS OUTDOOR CORPORATION, et al.,<br><br>Defendants. | Case No. 12-cv-04768-R(CWx)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER **DENYING** ~~APPROVING~~ STIPULATION CONTINUING DATE UPON WHICH DEFENDANTS' RESPONSIVE PLEADING IS DUE PENDING APPOINTMENT OF LEAD PLAINTIFF |

[PROPOSED] ORDER APPROVING STIPULATION CONTINUING DATE UPON WHICH DEFENDANTS' RESPONSIVE PLEADING IS DUE PENDING APPOINTMENT OF LEAD PLAINTIFF

OHSUSA:750982366.1

1   The Court, having read and considered the STIPULATION CONTINUING
2   DATE UPON WHICH DEFENDANTS' RESPONSIVE PLEADING IS DUE
3   PENDING APPOINTMENT OF LEAD PLAINTIFF filed by defendants Deckers
4   Outdoor Corporation, Angel R. Martinez, Thomas A. George and Zohar Ziv
5   (collectively, "Defendants") on July 10, 2012, and stipulated to by plaintiff Erich
6   Bracht, and NO good cause appearing therefore,

   IT IS ~~ORDERED THAT:~~

8       1.   Defendants are not required to respond to the initial complaint in this
9   action or any action consolidated into this action until after the appointment of a
10  lead plaintiff and approval of lead counsel; and
11      2.   Within twenty (20) days after the appointment of a lead plaintiff,
12  counsel for Defendants and the lead plaintiff shall: (a) confer regarding a mutually
13  agreeable schedule and dates by which the lead plaintiff will file a Consolidated
14  Complaint (or designate a complaint as the operative complaint) and a briefing
15  schedule on Defendants' anticipated motion(s) to dismiss; and (b) file a stipulated
16  ~~briefing schedule for approval by the Court.~~

**DENIED**

18  Dated: _____

          _____
19        THE HONORABLE MANUEL L. REAL
          UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING STIPULATION
CONTINUING DATE UPON WHICH DEFENDANTS'
RESPONSIVE PLEADING IS DUE PENDING
APPOINTMENT OF LEAD PLAINTIFF

OHSUSA:750982366.1