1  WILLIAM F. ALDERMAN (SBN 47381)
   walderman@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:  (415) 773-5700
   Facsimile:  (415) 773-5759

7  *Attorneys for Defendants*
   *Deckers Outdoor Corporation,*
   *Angel R. Martinez, Thomas A. George*
8  *and Zohar Ziv*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERICH BRACHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DECKERS OUTDOOR CORPORATION, et al.,<br><br>Defendants. | Case No.  12-cv-04768-R(CWx)<br><br>CLASS ACTION<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: June 12, 2012<br><br>Current Response Date: July 3, 2012<br><br>New Response Date: August 2, 2012 |

1
2        Pursuant to Central District Local Rule 8-3, plaintiff Erich Bracht
3  ("Plaintiff") and defendants Deckers Outdoor Corporation, Angel R. Martinez,
4  Thomas A. George and Zohar Ziv (collectively, "Defendants") hereby stipulate that
5  the time for Defendants to answer or otherwise respond to the initial complaint shall
6  be extended by thirty days.
7       1.    Defendants were served with the complaint on June 12, 2012.
8       2.    Pursuant to Fed. R. Civ. P. 12(a), Defendants' responsive pleading or
9  motion to dismiss the complaint was originally due on July 3, 2012.  The parties
10 previously submitted two stipulations to the Court to extend the response date
11 beyond the date to which the parties are presently stipulating; in light of the Court's
12 denial of those proposed response times, the parties are now entering into this
13 stipulation pursuant to Central District Local Rule 8-3.
14      3.    The parties hereby agree and stipulate that Defendants' time to answer
15 or otherwise respond to the complaint shall be extended thirty days to August 2,
16 2012.
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 16, 2012 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | | |
| 4 | | By: /s/ *William F. Alderman* |
| 5 | | William F. Alderman |
| | | *Attorneys for Defendants* |

2  Dated: July 16, 2012            ORRICK, HERRINGTON & SUTCLIFFE LLP
3
4                                  By:    /s/ *William F. Alderman*
5                                             William F. Alderman
6
                                        *Attorneys for Defendants*
7
8  Dated: July 16, 2012            ROBBINS GELLER RUDMAN & DOWD LLP
9
10                                 By:    /s/ *Brian O. O'Mara*[1]
11                                             Brian O. O'Mara
12                                      *Attorneys for Plaintiff*
13
...
28

---

[1] Brian O. O'Mara has accepted the content of the document and authorized the use of his electronic signature.

- 2 -   STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

OHSUSA:750996632.1